# Third District Court of Appeal

## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0499
Lower Tribunal No. F07-12676
_____

**Carlos Hernandez,**
Appellant,

vs.

**State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Carlos Hernandez, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed.